IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBBIN CROMER-TYLER, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:01-cv-1077-MEF |
| | ) | |
| EDWARD R. TEITEL, *et al.*, | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Defendants' Request to Proceed without Posting Supersedeas Bond (Doc. #154) filed on April 16, 2008, which contains a motion for hearing, it is hereby

ORDERED that the motions are DENIED.

It is further ORDERED that defendants' Amended Motion for Stay of Enforcement Proceedings Pending Appeal (Doc. #138) filed on February 15, 2008 is DENIED.

DONE this the 17th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE