IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBBIN CROMER-TYLER, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:01cv1077-MEF |
| | ) | WO |
| EDWARD R. TEITEL, M.D., P.C., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

Upon consideration of plaintiff's renewed motion to compel and request for award of attorney's fees (Doc. # 155), filed April 17, 2008, and for good cause, it is

ORDERED that the motion is GRANTED as to the motion to compel only.  It is further

ORDERED that defendant shall file a response to the request for award of attorney's fees on or before May 19, 2008 and plaintiff shall file a reply to defendant's response on or before June 2, 2008.

DONE, this 5th day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE